RIVERA, apelante, *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, apelada.

## Corte de Distrito de Arecibo.

No. 3648.—*Visto:* Junio 4, 1925. *Resuelto:* Julio 10, 1925.

El 9 de marzo de 1922 José Rodríguez se causó una herida entre los dedos índice y pulgar de la mano izquierda mientras deshojaba matas de guineos en una finca de Solivellas & Cía. en Lares. El 19 de mayo murió y presentada reclamación ante la Comisión de Indemnizaciones a Obreros, ésta declaró sin lugar la reclamación por creer que no se probó que la muerte ocurriera a consecuencia de la herida.

La viuda demandó a la Comisión en la Corte de Distrito de Arecibo, y fué desestimada la demanda.

Examinada la transcripción de la evidencia, no está el Tribunal Supremo convencido de que la corte inferior cometiera error al apreciarla. Si bien las declaraciones de los testigos de la demandante tienden a establecer un caso de tétano, no demuestran que el tétano fuera causado por la herida y aunque tendieran a demostrarlo, existen otros detalles en la evidencia que pudieron servir de base al juez sentenciador para no dar crédito a dichas declaraciones. La muerte fué certificada por el Dr. Seín como producida por "enteritis". Y si bien el doctor dijo en el acto del juicio que no vió personalmente a Rodríguez, sostuvo que él expidió el certificado a virtud de los datos que le dieron y esos datos o síntomas eran enteramente distintos a los aportados por los testigos.

*Debe confirmarse la sentencia.*

El Juez Presidente Señor DEL TORO, emitió la opinión del tribunal.